■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED BIONDOLILLO, Appellant. [741 NYS2d 438] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered March 7, 2000, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that the Supreme Court committed reversible error in denying his challenge for cause to a prospective juror is without merit. The challenged juror's responses to questions by the Supreme Court and the defense counsel

did not indicate that he would be unable to render an impartial verdict based solely on the evidence adduced at trial (*see* CPL 270.20 [1] [b]; *People v Johnson,* 285 AD2d 517; *People v Wilson,* 279 AD2d 540, 541). O'Brien, J.P., Friedmann, Schmidt and Townes, JJ., concur.